UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOUGLAS JONES, JR.,

        Plaintiff,         Case No. 1:09-cv-1030

v.         Honorable Paul L. Maloney

MICHAEL STAPLES et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   November 24, 2009         /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge